**Electronically Filed
Supreme Court
SCWC-14-0001158
31-AUG-2015
10:14 AM**

SCWC-14-0001158

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TODD PERKINS, Respondent/Plaintiff-Appellee,

vs.

TAMMY ASH PERKINS, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001158; FC-D NO. 11-1-0086)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on July 23, 2015, is hereby rejected.

DATED: Honolulu, Hawai'i, August 31, 2015.

Tammy Ash Perkins,              /s/ Mark E. Recktenwald
petitioner pro se
                                /s/ Paula A. Nakayama
Guy A. Haywood, Esq.
for respondent                  /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

                                /s/ Michael D. Wilson